UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

SHANNA D MOSLEY
DEBTOR(S)

CASE NO: 04-14199

## CHAPTER 13 PLAN

1. The following amount of the future earnings of the debtor(s) is submitted to the supervision and control of the Court and shall be paid by the debtor(s) (or debtor(s)' employer) to the Chapter 13 Trustee IMMEDIATELY:

   $ 136.00    ☐ weekly, ☒ monthly, ☐ semimonthly, ☐ every two weeks

2. After the Bar Date the Trustee shall make disbursements from the payments received as follows:
   a. Trustee's commission (monthly)    Attorney's fees (over 6 months)
   b. After the above payments, 100% pro rata dividends to all secured creditors whose claims are allowed, including the following:

| SECURED CREDITORS | MONTHLY PAYMENT (100% PRO RATA IF BLANK) | COLLATERAL VALUE | INTEREST @% |
|---|---|---|---|
| CLASSIC GAP | $ 73.56 | $ 2,385.00 | .06 % |
|  | $ | $ | % |
|  | $ | $ | % |
|  | $ | $ | % |

DIRECT PAYMENTS: The following payments on secured claims shall be paid directly by the debtor(s) and not from the monthly payments to the Trustee:

MONTHLY PAYMENT

_____ $ _____ ARREARAGE @ 100% ☐ DIRECT ☐ PLAN
_____ $ _____ ARREARAGE @ 100% ☐ DIRECT ☐ PLAN

   c. Any claim entitled to priority pursuant to and in the order set forth in 11 USC §507, unless the priority has been expressly waived.
   d. All nonpriority, unsecured claims to be paid __0__% PRO RATA (100% if blank)
   e. A holder of a secured claim shall retain the lien securing the claim, unless otherwise provided herein.

3. If applicable, the following executory contracts of the debtor(s) are rejected:

4. Title to the debtor's property shall revest in the debtor(s) upon discharge of the debtor(s) or dismissal of the case.
5. This is thirty-six (36) month plan unless otherwise provided.
6. Other provisions:

DATED: 7-19-04            /s/ Shanna Mosley
                          Debtor's Signature

                          _____
                          Joint Debtor's Signature

TO FILE AN OBJECTION TO CONFIRMATION OR A PROOF OF CLAIM FORM, go to the Bankruptcy Court's website at www.alsb.uscourts.gov and click "electronic filing." All documents must be filed over the Internet as the Bankruptcy Court no longer accepts paper documents.

(Rev. 5/13/04)