UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

SHANNA D. MOSLEY, aka SHANNA MOSLEY

Debtor                               Case No. 04-14199-WSS-13

## ORDER CONFIRMING PLAN AND PAYMENT ORDER

The debtor's Plan of Reorganization ("Plan") was filed on July 20, 2004 (if appropriate, as amended in Court). Appropriate notice was given. Any payment required by the Plan has been made, and

The Court having determined that the plan meets the requirements of 11 USC §1325, it is ORDERED that:

1. The debtor's Plan (If applicable, as amended) is confirmed.
2. Until further order of the Court, the debtor shall pay to the Standing Chapter 13 Trustee the sum of $136.00 per month.
3. From the payments so received, the Chapter 13 Trustee shall make disbursements as follows:
   (a) Administrative Claims allowed under 11 USC §503(b) and pursuant to local order, including an attorney fee to Ellen T. Turner in the amount of $1,800.00.
   (b) After the above payments, 100% pro rata dividends to all secured creditors whose claims are allowed, including the following:

| SECURED CREDITORS | MONTHLY PAYMENT | COLLATERAL VALUE | INTEREST |
|---|---|---|---|
| CLASSIC GAP | $73.56 | $2,385.00 | .06% |

PRE-PETITION GAS BILL OF $81.20 OWED TO MOBILE GAS COMPANY TO BE TREATED AS SECURED AND ADDED TO THE PROOF OF CLAIM. CREDITOR TO FILE CLAIM FOR POST-PETITION FEES.

   (c) Any claim entitled to priority pursuant to and in the order set forth in 11 USC §507, unless the priority has been expressly waived.
   (d) All nonpriority, unsecured claims to be paid 20% *PRO RATA.*

4. A holder of a secured claim shall retain the lien securing the claim, unless otherwise provided in the Plan.
5. Jurisdiction is retained during the pendency of this proceeding over the debtor and the debtor's property, including wages and earnings, wherever located.
6. This proceeding is confirmed on a sixty (60) month Plan.

DATED: November 29, 2004

/s/William S. Shulman
WILLIAM S. SHULMAN
CHIEF BANKRUPTCY JUDGE

**DISBURSEMENTS WILL COMMENCE AFTER THE BAR DATE.**